FILED

JAN 08 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF | CASE NO. 2:14-SW-0487 EFB |
|---|---|
| 1995 Red Ford extended cab with matching red shell, California license plate number 04156R1, VIN 1FTCR14AXSPA44013 | [PROPOSED] ORDER UNSEALING APPLICATION AND SEARCH WARRANT |

The government's request to unseal the application and search warrant in the above case is

**GRANTED.**

**SO ORDERED.**

DATED: 1/8/15

_____
HON. DALE A. DROZD
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application         1